THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VYACHESLAV MELNICHUK, | CASE NO. C18-1830-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| FINE HAU INDUSTRY CO. LTD. and THE HOME DEPOT USA, INC., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff and Defendant Home Depot's stipulated motion for an extension of time for Defendant Home Depot to file its answer (Dkt. No. 9). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion. The deadline for Defendant Home Depot to file its answer is hereby EXTENDED to January 4, 2019.

DATED this 27th day of December 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C18-1830-JCC
PAGE - 1