THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VYACHESLAV MELNICHUK,<br><br>             Plaintiff,<br>    v.<br><br>FINE HAU INDUSTRY CO. LTD and THE HOME DEPOT USA, INC.,<br><br>             Defendants. | CASE NO. C18-1830-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for leave to depose Plaintiff and his wife on September 20, 2019 (Dkt. No. 31). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that Defendant Home Depot is granted leave to take the depositions of Plaintiff and his wife on September 20, 2019. This order shall not otherwise affect the Court's order staying this case pending completion of service on Defendant Fine Hau. (*See* Dkt. No. 30.)

//

//

//

MINUTE ORDER
C18-1830-JCC
PAGE - 1

DATED this 9th day of September 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C18-1830-JCC
PAGE - 2