THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VYACHESLAV MELNICHUK, | CASE NO. C18-1830-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| FINE HAU INDUSTRY CO. LTD. and THE HOME DEPOT USA., INC., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' unopposed motion to extend case management deadlines (Dkt. No. 46). On June 18, 2019, the Court held a status conference and set initial case management deadlines. (*See* Dkt. No. 24.) On May 12, 2020, the Court denied Defendant Fine Hau's motion to dismiss for lack of personal jurisdiction and granted Plaintiff's request for jurisdictional discovery. (*See generally* Dkt. No. 44.) Under that order, Plaintiff has until September 9, 2020, to conduct jurisdictional discovery. (*See id.* at 10; Dkt. No. 46 at 2.) Defendants now move to extend the case management deadlines set at the June 18, 2019 status conference considering the jurisdictional discovery period. (*See generally* Dkt. No. 46.) The Court, having thoroughly considered the motion and the relevant record and finding good cause,

hereby GRANTS the motion and ORDERS as follows:

1. The trial date in this matter is continued from October 5, 2020, to March 1, 2021, at 9:30 a.m.;

2. The proposed pretrial order must be filed by February 20, 2021;

3. Trial briefs and proposed *voir dire* and jury instructions must be filed by February 25, 2021;

4. Discovery must be completed by November 1, 2020;

5. Dispositive motions must be filed by December 1, 2020; and

6. The parties shall file a joint status report by September 30, 2020.

DATED this 23rd day of June 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
